AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

ANNIE O. LEWIS and HERBERT E. LEWIS,

*Plaintiff*

v.

AETNA LIFE INSURANCE COMPANY, et al.,

*Defendant*

Civil Action No. 09-cv-641-JPG/DGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHERWIN WILLIAMS COMPANY as PLAN ADMINISTRATOR
Secretary of Sherwin Williams, Registered Agent
101 Prospect Avenue
Cleveland, OH  44115

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John A. Wolters
CAVANAGH & O'HARA LLP
407 E. Adams Street
P. O. Box 5043
Springfield, IL  62705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-22-09

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-cv-641

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SHERWIN WILLIAMS CO.
was received by me on *(date)* NOV. 3, 2009.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LISA GOODWIN C/O CT CORP who is designated by law to accept service of process on behalf of *(name of organization)* CT CORP on *(date)* 11-12-09 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 2.50 for travel and $ 6.00 for services, for a total of $ 8.50.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature [SIGNATURE REDACTED]

JAMES BITTERMAN
Printed name and title

1215 W. 3RD. ST.
CLEVELAND OHIO 44113
Server's address

Additional information regarding attempted service, etc: