UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNIE O. and HERBERT E. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA INSURANCE AGENCY, INC., *also known as ING Insurance Services*, SHERWIN WILLIAMS COMPANY AS PLAN ADMINISTRATOR, and SHERWIN WILLIAMS SALARIED MEDICAL PLAN,<br><br>Defendants. | Case No. 09-cv-641-JPG-DGW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favored of Defendants and against Plaintiffs on Counts I, III, IV, V, and VI of the operative Amended Complaint (Doc. 27),

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Herbert Lewis on Count II of the operative complaint,

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Aetna Insurance Agency, Inc. and Sherwin Williams Company as Plan Administrator and against Plaintiff Annie Lewis on Count II of the operative complaint,

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Annie Lewis and against Defendant Sherwin Williams Salaried Medical Plan in the amount of $538.00 (five-hundred and thirty-eight dollars and zero cents) on Count II of the operative complaint,

FINALLY, IT IS ORDERED AND ADJUDGED that this matter is dismissed with prejudice.

**DATED: April 7, 2011**   **NANCY ROSENSTENGEL, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**